UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-21190-CIV--SEITZ/SIMONTON

SAMSON DISTRIBUTING, INC.,

    Plaintiff,

v.

VICTOR SIGMARSSON, *et al.*,

    Defendants.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS MATTER comes before the Court on Defendant's Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [DE-5]. Upon due consideration, it is hereby

ORDERED that

(1) Defendant's Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [DE-8] is GRANTED. Derek A. Newman, Esq., of the law firm of Newman Du Wors, shall be permitted to appear *pro hac vice* on behalf of Defendant Samson Distributing, Inc., in this matter, solely for purposes of this case.

(2) During the course of this case, Derek A. Newman shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to adhere to this Court's local rules may result in the revocation of Counsels' *pro hac vice* admission.

(3) The Clerk shall provide electronic notification of all electronic filings to Mr. Newman at DN@newmanlaw.com.

(4) Movant, Steven I. Peretz, a member of the bar of this Court who maintains an office in this State for the practice of law, shall be Defendant's designated local counsel, with whom the

Court and Counsel may readily communicate and upon whom papers may be served. Mr. Peretz shall be required to electronically file all documents and things that may be filed electronically and shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

DONE AND ORDERED in Miami, Florida, this 13th day of April, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record