AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-21190-CV-Seitz/Simonton

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lee Folkins
was received by me on *(date)* 04/19/2011

☑ I personally served the summons on the individual at *(place)* 100 Cadillac Drive, Unite # 42
Sacramento, CA 95825                                                 on *(date)* 04/26/2011      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 140.00 for travel and $ 0.00 for services, for a total of $ 140.00

I declare under penalty of perjury that this information is true.

Date: 04/27/2011

*Server's signature*

Kevin E. O'Donoghue, Registered Process Server
*Printed name and title*

Sacramento Process Serving
5901 18th. Ave.
Sacramento, CA 95820
*Server's address*

Additional information regarding attempted service, etc:

1st. Attemp; 04/19/2011 @ 1145hrs. NEG Contact, 2nd. Attempt; 04/19/2011 @ 1640hrs., 3rd. Attempt 04/20/2011 @ 0845hrs., 4th. Attempt 04/20/2011 @ 1800hrs., 5th. Attempt 04/21/2011 @ 1245hrs., 6th. Attempt 04/22/2011 @ 1400hrs., 7th. Attempt 04/23/2011 @ 0900hrs., 8th. Attempt 04/24/2011 @ 1820hrs., 9th. Attempt 04/26/2011 @ 1721hrs. Result Positive, Personal Service Succcessful.