UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-21190-CIV--SEITZ/SIMONTON

SAMSON DISTRIBUTING, INC.,

    Plaintiff,

v.

VICTOR SIGMARSSON, *et al.*,

    Defendants.
_____/

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS MATTER comes before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Complaint [DE-8]. Finding good cause shown, it is hereby

ORDERED THAT

(1)     Defendants' Unopposed Motion for Extension of Time to Respond to Complaint [DE-8] is GRANTED and Defendants shall respond to the Complaint on or before May 23, 2011.

DONE AND ORDERED in Miami, Florida, this 3rd day of May, 2011.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record